IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02753-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

MEL BOMPREZZI,

      Applicant,

v.

RICK RAEMISCH, Exec. Director CDOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant, Me. Bomprezzi, initiated this action by filing an Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2254.  As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are

deficient as described in this Order.  Applicant will be directed to cure the following if he

wishes to pursue his claims.  Any papers that Applicant files in response to this Order

must include the civil action number on this Order.

Rule 4 of the Rules Governing Section 2254 Cases in the United States District

Courts requires that Applicant go beyond notice pleading.  *See Blackledge v. Allison*,

431 U.S. 63, 75 n.7 (1977).  Naked allegations of constitutional violations devoid of

factual support are not cognizable in a federal habeas action.  *See Ruark v. Gunter*, 958

F.2d 318, 319 (10th Cir. 1992) (per curiam).  Applicant must allege **on the Court-

approved form** both the claims he seeks to raise and the specific facts to support each

asserted claim.  The Court has reviewed the Application submitted to the Court on

October 8, 2014, and finds that it is deficient, because Applicant titles his only claim,

"People v. Hickman" and fails to assert how his incarceration is in violation of the United

States Constitution or laws or treaties of the United States.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)     X      is not submitted
(2)     __      is missing affidavit
(3)     __      is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing
(4)     __      the account statement showing the current balance in Applicant's prison
                account is not certified
(5)     __      is missing required financial information
(6)     __      is missing an original signature by the prisoner
(7)     __      is not on proper form (must use the Court's current form)
(8)     __      names in caption do not match names in caption of complaint, petition or
                habeas application
(9)     __      An original and a copy have not been received by the court.
                Only an original has been received.
(10)    X      other: **In the alternative, Applicant may elect to pay the $5 filing fee**

**Complaint, Petition or Application**:
(11)    __      is not submitted
(12)    __      is not on proper form
(13)    __      is missing an original signature by the prisoner
(14)    __      is missing page nos. __
(15)    __      uses et al. instead of listing all parties in caption
(16)    __      An original and a copy have not been received by the court.  Only an
                original has been received.
(17)    __      Sufficient copies to serve each defendant/respondent have not been
                received by the court.
(18)    __      names in caption do not match names in text
(19)    X      other: Fails to state how his federal rights were violated.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty**

**days from the date of this Order**.  Any papers that Applicant files in response to this

Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain the Court-approved forms used

3

in filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a

request to proceed pursuant to 28 U.S.C. § 1915 if desired  (with the assistance of his

case manager or the facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov.  Applicant must use Court-approved forms to cure deficiencies.

It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies

**within thirty days from the date of this Order** the action will be dismissed without

further notice.

DATED October 8, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge